UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES DALTON BELL,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al*,<br><br>Respondents. | Case No. C07-5680 RBL/KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation;

(2) This action, including any pending motions, is **DISMISSED;** and

(3) The Clerk is directed to send copies of this Order to Petitioner and to the Hon. Karen L. Strombom.

DATED this 1st day of August, 2008.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1